**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Emmanuel Niyomwungere, et al.,<br>Plaintiffs,<br>v.<br>Alejandro Mayorkas, et al.,<br>Defendants. | No. CV-24-02809-PHX-DJH<br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 41), filed on August 13, 2026,

**IT IS ORDERED** approving the Stipulation (Doc. 41) and dismissing this action in its entirety, without prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 13th day of August, 2026.

Honorable Diane J. Humetewa
United States District Judge